UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SHARMAINE EDWARDS,

               Plaintiff,

               - against -                        **10-CV-1047 (ARR)(LB)**

CITY OF NEW YORK; POLICE OFFICER JOHN
DOE #1, aka "DD"; and POLICE OFFICER JOHN
DOES #2-3,

               Defendants.

-----------------------------------------------------------X

JOHNNIE PETWAY,

               Plaintiff,

               - against -                        **10-CV-1048 (ARR)(LB)**

CITY OF NEW YORK; DEE DEE, NYPD;
JAMES, NYPD; and KYOVOKIC, NYPD,

               Defendants.

-----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

## ORDER

Plaintiffs' applications to proceed *in forma pauperis* under 28 U.S.C. § 1915 are hereby granted. The Clerk of Court shall send a copy of this Order and the complaints to the New York City Law Department and to plaintiffs. No summonses shall issue at this time.

Plaintiffs, Sharmaine Edwards and Johnnie Petway,[1] bring these *pro se* civil rights actions pursuant to 42 U.S.C. § 1983 alleging that on December 2, 2008, John Doe Police Officers, including officers Dee Dee, James, and Kyovokic, unlawfully entered plaintiffs' residence at 556 Gates Avenue in Brooklyn and illegally searched and falsely arrested Petway.

Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997) (per curiam), the Court requests that the Corporation Counsel ascertain the full names and service addresses of these defendants. The

---

[1] Edwards and Petway live at the same address and upon information and belief are wife and husband. Although their complaints are different, they refer to the same event.

Corporation Counsel need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiffs may name and properly serve the defendants as instructed by the Second Circuit in <u>Valentin</u>.

The Corporation Counsel is hereby requested to produce the information specified above regarding the identities and service addresses of the John Doe Officers as well as the full names and service addresses of Officers Dee Dee, James and Kyovokic, by April 19, 2010. Once this information is provided, plaintiffs' complaints shall be deemed amended to reflect the full names of the defendants, summonses shall be issued and the Court shall direct service on the defendants.

SO ORDERED

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: March 17, 2010
      Brooklyn, New York